# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CORTEZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 2:17-cv-07076-SK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,437.83 as authorized by 28 U.S.C. § 2412, and costs in the amount of $17.40 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: June 5, 2018

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE